IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:   ALEX O. OSUNDE                                   #09-37018
         VIOLET OSUNDE                                    Chapter 13

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at US Bankruptcy Court, 800 Market St. Ste 330, Knoxville, TN 37902 an objection within thirty (30) days from the date this paper was filed and serve a copy on the Chapter 13 Trustee, PO Box 228, Knoxville, TN 37901 and the debtor(s)' attorney, Richard M. Mayer and/or John P. Newton, Attorney, 1111 Northshore Dr. S-570, Knoxville TN, 37919-. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.**

OBJECTION BY CHAPTER 13 TRUSTEE TO PROOF OF CLAIM
FILED BY CAPITAL ONE AUTO FINANCE

The Chapter 13 Trustee having received notice that the claim of CAPITAL ONE AUTO

FINANCE filed on 01/26/2010 in the amount of $17,367.83 has been paid in full; accordingly, the

Chapter 13 Trustee moves for an Order disallowing this claim except to the extent already paid.

## SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

    Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Objection, Notice and Proposed Order and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below this __24th__ day of _____July_____ 2014.

                                                /s/ Gwendolyn M. Kerney  (by ml w/perm)
                                                GWENDOLYN M. KERNEY, #07280
                                                Chapter 13 Trustee
                                                PO Box 228
                                                Knoxville, TN   37901
                                                (865) 524-4995

ALEX O. OSUNDE/ VIOLET OSUNDE, DEBTOR(S)
2021 COUNTRYHILL LANE
KNOXVILLE, TN   37923

RICHARD M. MAYER AND/OR JOHN P. NEWTON
LAW OFFICES OF MAYER & NEWTON
1111 NORTHSHORE DR. S-570
KNOXVILLE, TN   37919-

UNITED STATES TRUSTEE
800 MARKET STREET SUITE 114
KNOXVILLE, TN   37902


CAPITAL ONE AUTO FINANCE
PO BOX 201347
ARLINGTON, TX   76006-

CAPITAL ONE AUTO FINANCE
3906 N. DALLAS PARKWAY
DALLAS, TX   75093

CAPITAL ONE AUTO FINANCE
C/O JOHN A. WALKER, JR., ATTY.
PO BOX 2774
KNOXVILLE, TN   37901

CAPITAL ONE AUTO FINANCE
7933 PRESTON ROAD
PLANO, TX 75024

**B10 (Official Form 10) (12/08)**

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF TENNESSEE | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Alex O. Osunde | Case Number: 09-37018-RS-13 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property)
**Capital One Auto Finance**

Name and address where notices should be sent:
Capital One Auto Finance
3905 N. Dallas Parkway
Plano, TX 75093
Telephone number: (817) 277-2011

[ ] Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):
Capital One Auto Finance, c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006
Telephone number: (817) 277-2011

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 17,367.83

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete item 5.

   [ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest charges.

2. **Basis for Claim:** Car Loan
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 0648/494181

   **3a. Debtor may have scheduled account as:**
      (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** [ ] Real Estate   [X] Motor Vehicle   [ ] Other
   **Describe:** 2003 NISSAN Murano-V6 Utility 4D SL 2WD

   **Value of Property:** $ 14,399.50    **Annual Interest Rate:** 12.60%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any:** $    Basis for perfection: Contract and/or Title

   **Amount of Secured Claim:** $ 14,399.50    **Amount Unsecured:** $ 2,968.33

   **Creditor reserves the right to amend its claim to seek an unsecured deficiency balance, if any, and will amend its claim after such liquidation.**

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

   If the documents are not available, explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   [ ] Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

   [ ] Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   [ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   [ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   [ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   **Amount entitled to priority:**

   $ _____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to case commenced on or after the date of adjustment.*

| Date: 01/26/2010 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ S. Blair Korschun       ecfnotices@ascensioncapitalgroup.com | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Capital One**
Auto Finance

06/29/2014

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

Account #: 6206215080648
Vehicle: 03 NISSAN Murano
VIN: JN8AZ08T93W111760

GWENDOLYN M KERNEY
P. O. BOX 228
KNOXVILLE, TN 37901

JUL 07 2014
CHAPTER 13
TRUSTEE

Bankruptcy Case#: 09-37018
Client: ALEX O OSUNDE

Dear GWENDOLYN M KERNEY,

Please let this document serve as proof that the above-referenced claim has been paid in full. Please discontinue all future disbursements for this vehicle. Your cooperation will be appreciated.

If you have any questions please contact our customer service department at 1-866-333-1520, extension 271-6288, Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time. Our Fax number is 1-866-722-6160.

Sincerely,
Regina Allen
Bankruptcy Specialist
Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association, and services the following Capital One affiliated company: Onyx Acceptance Corporation.

BkTrustee_StopDisb_30043                                                                 Page 1 of 1